Nicholas Transier (CA SBN_265211)
Email: ntransier@pattersonsheridan.com
Patterson + Sheridan LLP
4660 La Jolla Village Drive, Suite 200
San Diego, CA 92121
Telephone: (619) 340-0370
Fax: (713) 623-4846

*Attorney for Plaintiff*
EVOLVE TECHNOLOGIES, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOLVE TECHNOLOGIES, LLC a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>COIL WINDING SPECIALIST, INC. a California corporation,<br><br>Defendant. | Case No. **'18 CV0671 AJB BGS**<br><br>**ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**<br><br>DEMAND FOR JURY TRIAL |

Plaintiff Evolve Technologies, LLC ("Evolve" or "Plaintiff"), by and through its attorney, files this Complaint against Defendant Coil Winding Specialist, Inc. ("Defendant" or "CWSI"), and alleges as follows:

## THE PARTIES

1.      Plaintiff, Evolve Technologies, LLC, is a limited liability company, organized under the laws of the State of Delaware, having a principal place of business in Scottsdale, Maricopa County, Arizona.

1

2.     On information and belief, Defendant, Coil Winding Specialist, Inc., is a corporation organized under the laws of the State of California, having a principal place of business in Orange, California.

### JURISDICTION AND VENUE

3.     This is an action for patent infringement. The Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*

4.     The Court has personal jurisdiction over Defendant in this action. Defendant regularly and continuously does business in this District and has infringed and continues to infringe in this District. Defendant CWSI is incorporated under the laws of the State of California and, upon information and belief, has a regular and established place of business within this District under the trade name Eclipse Efficiencies. The Court has personal jurisdiction over Defendant because there are at least minimum contacts with the forum and this District, and the exercise of jurisdiction would not offend traditional notions of fair play and substantial justice.

5.     Venue is proper in this federal district pursuant to 28 U.S.C. § 1400(b) because Defendant resides within this District, has a regular and established place of business within this District, and has committed and continues to commit acts of infringement in this District.

### EVOLVE'S PATENTS-IN-SUIT

6.     On February 1, 2011, the United States Patent & Trademark Office duly and legally issued United States Letters Patent No. 7,878,417 ("the '417 Patent"), entitled "Multifunctional Restrictive Valve."

7.     On May 7, 2013, the United States Patent & Trademark Office duly and legally issued United States Letters Patent No. 8,434,693 ("the '693 Patent"), entitled "Multifunctional Restrictive Valve."

8.      On April 12, 2016, the United States Patent & Trademark Office duly and legally issued United States Letters Patent No. 9,309,655 ("the '655 Patent"), entitled "Multifunctional Restrictive Valve."

9.      On April 4, 2017, the United States Patent & Trademark Office duly and legally issued United States Letters Patent No. 9,611,629 ("the '629 Patent"), entitled "Multifunctional Restrictive Valve."

10.     On March 27, 2018, the United States Patent & Trademark Office duly and legally issued United States Letters Patent No. 9,927,042 ("the '042 Patent"), entitled "Multifunctional Restrictive Valve."

11.     Generally, the '417 Patent, '693 Patent, '655 Patent, '629 Patent, and '042 Patent (the "Patents-in-Suit") relate to a multifunctional restrictive valve for controlling the flow of water. More particularly, a multifunctional restrictive valve permits water to pass through the valve until the water reaches a predetermined temperature and then stops the water flow. The multifunctional restrictive valve allows a user to run water unattended to clear the cold water from the water line because the user knows the valve will shut off when the water heats up to minimize wasted hot water.

12.     Each of the Patents-in-Suit is owned by Evolve.

13.     Evolve makes, offers for sell, and sells valve products covered by the Patents-in-Suit throughout California and the United States.

14.     To the extent any marking or notice was required by 35 U.S.C. § 287, Evolve has complied with the requirements of that statute by providing actual or constructive notice to Defendant of its alleged infringement.

## COIL WINDING SPECIALIST, INC. BACKGROUND

15.     Upon information and belief, Defendant CWSI makes, uses, offers to sell, sells, and/or imports a valve product under the name "Hot-Start!"

16.     Upon information and belief, CWSI markets and/or sells the Hot-Start! product under trade names Eclipse Efficiencies, Inc. and CWS Bytemark.

3

17.     Upon information and belief, CWSI began selling the Hot-Start! product in the latter half of 2017.

18.     Exhibit A is a true and correct copy of the website http://www.eclipseefficiencies.com/hot-start/ as available on March 26, 2018.

19.     Exhibit B is an accurate depiction of a disassembled, annotated Hot-Start! product.

### FIRST CLAIM FOR RELIEF
### INFRINGEMENT OF U.S. PATENT NO. 7,878,417

20.     Plaintiff repeats and realleges paragraphs 1 through 19 as if fully set forth herein.

21.     Defendant has infringed and continues to infringe at least claim 1 of the '417 Patent, in this District and elsewhere in the United States by, among other things, making, using, selling, offering to sell, and/or importing the Hot-Start! product in the manner described and claimed in the '417 Patent, either literally or under the doctrine of equivalents.

22.     Claim 1 of the '417 Patent covers a "valve for controlling the flow of water therethrough." Defendant's Hot-Start! product is a valve that "reads water temperature and tells the valve to automatically close and pause water flow." *See, e.g.*, Exhibit A. Further, "Easy Flow lever allows easy manual, on / off control without affecting water temperature." *See, e.g.*, *id.*



23.     Claim 1 further recites, "a main body including a channel therethrough, the channel including channel walls, the main body configured to receive water at an inlet port and pass water through an outlet port." Defendant's Hot-Start! product includes a main body: a "[s]olid brass chrome finished body." *See, e.g.*, Exhibit A. The main body includes a channel, which includes channel walls, through which water passes. The main body includes a female fitting inlet port that receives water from, *e.g.*, a pipe fitting. *See, e.g.*, *id.* The body further includes a male fitting outlet port through which water passes to, *e.g.*, a shower head. *See, e.g.*, *id.*



24.     Claim 1 further recites:
a flow control assembly in operative engagement with the main body, the flow control assembly including a temperature sensor and piston, adapted to substantially block and unblock the flow of water in the channel responsive to the temperature sensor.

Defendant's Hot-Start! product includes a flow control assembly in operative engagement with the main body. *See, e.g.*, Exhibit B (including at least some of labeled actuator retainer, actuator relief spring, actuator support, thermal actuator,

5

1  piston, reset spring, bypass pin, bypass pin retainer, torsion spring, and handle).

2  The flow control assembly includes a temperature sensor and piston. *See, e.g.*, *id.*

3  (including at least some of labeled thermal actuator and piston). The flow control

4  assembly "automatically reduce[s] [the water flow] to a trickle" "[a]s the shower

5  temperature reaches 95 degrees F." *See, e.g.*, Exhibit A. Further, "Easy Flow lever

6  allows easy manual, on / off control without affecting water temperature." *See,*

7  *e.g.*, *id.*

8      25.    Claim 1 further recites:
       the flow control assembly further including an override assembly movable
9      between a first position and a second position, the second position
       configured to enable the temperature sensor and piston to control the flow
10     of water through the main body, the first position configured to override the
       temperature sensor and piston and allow water to flow, the override
11     assembly further configured to be securely set in the first position.
12

13  The flow control assembly includes an override assembly. *See, e.g.*, Exhibit B

14  (including at least some of labeled bypass pin, bypass pin retainer, torsion spring,

15  and handle). The override assembly is moveable between a first position (*e.g.*,

16  when the handle is in a downward position in Exhibit A) and a second position

17  (*e.g.*, when the handle is in an upward position in Exhibit A). In the upward

18  position, the thermal actuator and piston are enabled to control the flow of water:

19  "As the shower temperature reaches 95 degrees F. water flow is automatically

20  reduced to a trickle." *See, e.g.*, Exhibit A. In the downward position, the thermal

21  actuator and piston are overridden to allow water to flow: "Pull cord when ready

22  to shower." *See, e.g.*, *id.* "Easy flow lever allows easy manual on / off control

23  without affecting water temperature." *See, e.g.*, *id.* The handle remains securely

24  set in the downward position, *e.g.*, to permit showering without requiring the user

25  to hold the handle (*e.g.*, cord) down.

26

27

28

ORIGINAL COMPLAINT



26.     By making, using, selling, offering to sell, and/or importing such Hot-Start! product in this district and elsewhere in the United States, and all like products that are covered by one or more claims of the '417 Patent, including at least claim 1, Defendant has infringed and continues to infringe the '417 Patent, either literally or under the doctrine of equivalents.

27.     Defendant has had knowledge of the '417 Patent since at least January 2017.

28.     Upon information and belief, Defendant will continue to infringe the '417 Patent unless enjoined by this Court.

29.     As a direct and proximate result of Defendant's infringement of the '417 Patent, Evolve has been and continues to be damaged in an amount yet to be determined, but in no event less than a reasonable royalty for the making, use,

sell, offering for sale, and/or importation of the invention by Defendant, together with interest and costs as fixed by the Court.

30.     Unless a preliminary and permanent injunction are issued enjoining Defendant and its officers, agents, servants and employees, and all others acting on their behalf or in concert with Defendant, from infringing the '417 Patent, Evolve will be greatly and irreparably harmed.

## SECOND CLAIM FOR RELIEF
## INFRINGEMENT OF U.S. PATENT NO. 8,434,693

31.     Plaintiff repeats and realleges paragraphs 1 through 30 as if fully set forth herein.

32.     Defendant has infringed and continues to infringe at least claim 1 of the '693 Patent, in this District and elsewhere in the United States by, among other things, making, using, selling, offering to sell, and/or importing the Hot-Start! product in the manner described and claimed in the '693 Patent, either literally or under the doctrine of equivalents.

33.     Claim 1 of the '693 Patent covers a "valve for controlling the flow of water therethrough." Defendant's Hot-Start! product is a valve that "reads water temperature and tells the valve to automatically close and pause water flow." *See, e.g.*, Exhibit A. Further, "Easy Flow lever allows easy manual, on / off control without affecting water temperature." *See, e.g.*, *id.*

34.     Claim 1 further recites, "a main body including a channel therethrough, the channel including channel walls, the main body for receiving water at an inlet port and passing water through an outlet port." Defendant's Hot-Start! product includes a main body: a "[s]olid brass chrome finished body." *See, e.g.*, Exhibit A. The main body includes a channel, which includes channel walls, through which water passes. The main body includes a female fitting inlet port that receives water from, *e.g.*, a pipe fitting. *See, e.g.*, *id.* The body further

8

includes a male fitting outlet port through which water passes to, *e.g.*, a shower head. *See, e.g.*, *id.*

35.   Claim 1 further recites:

a flow control assembly in operative engagement with the main body, the flow control assembly including a temperature sensor and piston assembly, the temperature sensor and piston assembly including a temperature sensor and a piston, the temperature sensor engaged with the channel walls of the main body, the temperature sensor and piston assembly adapted to substantially block and unblock the flow of water in the channel responsive to the temperature sensor.

Defendant's Hot-Start! product includes a flow control assembly in operative engagement with the main body. *See, e.g.*, Exhibit B (including at least some of labeled actuator retainer, actuator relief spring, actuator support, thermal actuator, piston, reset spring, bypass pin, bypass pin retainer, torsion spring, and handle). The flow control assembly includes a temperature sensor and piston assembly. *See, e.g.*, *id.* (including at least some of labeled actuator retainer, actuator relief spring, actuator support, thermal actuator, piston, and reset spring). The temperature sensor and piston assembly includes a temperature sensor and piston. *See, e.g.*, *id.* (including at least labeled thermal actuator and piston). The thermal actuator, when assembled, is engaged with the channel walls of the main body. The temperature sensor and piston assembly "automatically reduce[s] [the water flow] to a trickle" "[a]s the shower temperature reaches 95 degrees F." *See, e.g.*, Exhibit A.

36.   Claim 1 further recites:

the flow control assembly further including an override assembly movable between a first and a second position, the second position for enabling the temperature sensor and piston assembly to control the flow of water through the main body, the first position for bypassing the temperature sensor and piston assembly and allowing water to flow, the override assembly further including means to set the override assembly in the second position.

9

The flow control assembly includes an override assembly. *See, e.g.*, Exhibit B (including at least some of labeled bypass pin, bypass pin retainer, torsion spring, and handle). The override assembly is moveable between a first position (*e.g.*, when the handle is in a downward position in Exhibit A) and a second position (*e.g.*, when the handle is in an upward position in Exhibit A). In the upward position, the temperature sensor and piston assembly are enabled to control the flow of water through the main body: "As the shower temperature reaches 95 degrees F. water flow is automatically reduced to a trickle." *See, e.g.*, Exhibit A. In the downward position, the thermal actuator and piston are bypassed to allow water to flow: "Pull cord when ready to shower." *See, e.g.*, *id.* "Easy flow lever allows easy manual on / off control without affecting water temperature." *See, e.g.*, *id.* The override assembly includes, *e.g.*, a handle, a torsion spring, a bypass pin retainer, and/or a bypass pin to set the override assembly in the upward position. "HotStart! Automatically returns to its default ready position." *Id.*

37.     By making, using, selling, offering to sell, and/or importing such Hot-Start! product in this district and elsewhere in the United States, and all like products that are covered by one or more claims of the '693 Patent, including at least claim 1, Defendant has infringed and continues to infringe the '693 Patent, either literally or under the doctrine of equivalents.

38.     Defendant has had knowledge of the '693 Patent since at least January 2017.

39.     Upon information and belief, Defendant will continue to infringe the '693 Patent unless enjoined by this Court.

40.     As a direct and proximate result of Defendant's infringement of the '693 Patent, Evolve has been and continues to be damaged in an amount yet to be determined, but in no event less than a reasonable royalty for the making, use, sell, offering for sale, and/or importation of the invention by Defendant, together with interest and costs as fixed by the Court.

41.    Unless a preliminary and permanent injunction are issued enjoining Defendant and its officers, agents, servants and employees, and all others acting on their behalf or in concert with Defendant, from infringing the '693 Patent, Evolve will be greatly and irreparably harmed.

## THIRD CLAIM FOR RELIEF
## INFRINGEMENT OF U.S. PATENT NO. 9,309,655

42.    Plaintiff repeats and realleges paragraphs 1 through 41 as if fully set forth herein.

43.    Defendant has infringed and continues to infringe at least claim 5 of the '655 Patent, in this District and elsewhere in the United States by, among other things, making, using, selling, offering to sell, and/or importing the Hot-Start! product in the manner described and claimed in the '655 Patent, either literally or under the doctrine of equivalents.

44.    Claim 5 of the '655 Patent covers a "valve for controlling a flow of water." Defendant's Hot-Start! product is a valve that "reads water temperature and tells the valve to automatically close and pause water flow." *See, e.g.*, Exhibit A. Further, "Easy Flow lever allows easy manual, on / off control without affecting water temperature." *See, e.g.*, *id.*

45.    Claim 5 also recites, "a main body including a channel extending through the main body, the channel configured to receive water at an inlet port and pass water to an outlet port." Defendant's Hot-Start! product includes a main body: a "[s]olid brass chrome finished body." *See, e.g.*, Exhibit A. The main body includes a channel extending through the main body through which water passes. The main body includes a female fitting inlet port that receives water from, *e.g.*, a pipe fitting. *See, e.g.*, *id.* The main body further includes a male fitting outlet port through which water passes to, *e.g.*, a shower head. *See, e.g.*, *id.*

46.    Claim 5 also recites:

11

a flow control assembly in operative engagement with the channel, the flow control assembly including: a temperature sensor configured to sense a temperature of water flowing through the channel; and a flow control member configured to substantially block a flow of water in the channel responsive to the temperature sensor.

Defendant's Hot-Start! product includes a flow control assembly in operative engagement with the channel in the main body. *See, e.g.*, Exhibit B (including at least some of labeled actuator retainer, actuator relief spring, actuator support, thermal actuator, piston, reset spring, bypass pin, bypass pin retainer, torsion spring, and handle). The flow control assembly includes a temperature sensor that is configured to sense a temperature of water flowing through the channel. *See, e.g.*, *id.* (including at least labeled thermal actuator). The flow control assembly includes a flow control member that is configured to block a flow of water in the channel of the main body responsive to the thermal actuator. *See, e.g.*, *id.* (including at least labeled piston). The flow control assembly "automatically reduce[s] [the water flow] to a trickle" "[a]s the shower temperature reaches 95 degrees F." *See, e.g.*, Exhibit A.

47.   Claim 5 also recites:
the flow control member movable between a first position and a second position, where in when the flow control member is between the first position and the second position the flow control member is configured to control the flow of water through the channel as a function of the temperature sensor, where in when the flow control member is in the second position water is substantially blocked from flowing in the channel.

The piston is moveable between a first position (*e.g.*, an open position allowing water to flow through the channel) and a second position (*e.g.*, a closed position prohibiting substantial flow of water through the channel). Between the open and closed positions, the piston is configured to control the flow of water as a function of the thermal actuator: "Turn shower on to 'hot'." *See, e.g.*, Exhibit A. In the closed position, the piston substantially blocks water from flowing: "As the

12

shower temperature reaches 95 degrees F. water flow is automatically reduced to a trickle." *See, e.g.*, Exhibit A.

48.     Claim 5 also recites, "the flow control assembly is configurable to allow water to flow in the channel regardless of the temperature of water flowing through the channel." The flow control assembly is configurable to allow water to flow in the channel in the main body regardless of water temperature. When the handle is pulled downward, the thermal actuator and piston are overridden to allow water to flow regardless of the temperature of water flowing through the channel: "Pull cord when ready to shower. Adjust shower to comfort level." *See, e.g.*, Exhibit A. "Easy flow lever allows easy manual on / off control without affecting water temperature." *See, e.g.*, *id.*

49.     By making, using, selling, offering to sell, and/or importing such Hot-Start! product in this district and elsewhere in the United States, and all like products that are covered by one or more claims of the '655 Patent, including at least claim 5, Defendant has infringed and continues to infringe the '655 Patent, either literally or under the doctrine of equivalents.

50.     Defendant has had knowledge of the '655 Patent since at least January 2017.

51.     Upon information and belief, Defendant will continue to infringe the '655 Patent unless enjoined by this Court.

52.     As a direct and proximate result of Defendant's infringement of the '655 Patent, Evolve has been and continues to be damaged in an amount yet to be determined, but in no event less than a reasonable royalty for the making, use, sell, offering for sale, and/or importation of the invention by Defendant, together with interest and costs as fixed by the Court.

53.     Unless a preliminary and permanent injunction are issued enjoining Defendant and its officers, agents, servants and employees, and all others acting

on their behalf or in concert with Defendant, from infringing the '655 Patent, Evolve will be greatly and irreparably harmed.

## FOURTH CLAIM FOR RELIEF
## INFRINGEMENT OF U.S. PATENT NO. 9,611,629

54.     Plaintiff repeats and realleges paragraphs 1 through 53 as if fully set forth herein.

55.     Defendant has infringed and continues to infringe claim 1 of the '629 Patent, in this District and elsewhere in the United States by, among other things, making, using, selling, offering to sell, and/or importing the Hot-Start! product in the manner described and claimed in the '629 Patent, either literally or under the doctrine of equivalents.

56.     Claim 1 of the '629 Patent covers a "valve for controlling a flow of water." Defendant's Hot-Start! product is a valve that "reads water temperature and tells the valve to automatically close and pause water flow." *See, e.g.*, Exhibit A. Further, "Easy Flow lever allows easy manual, on / off control without affecting water temperature." *See, e.g.*, *id.*

57.     Claim 1 also recites, "a main body including a channel extending through the main body, the channel configured to receive water at an inlet port and pass water to an outlet port." Defendant's Hot-Start! product includes a main body: a "[s]olid brass chrome finished body." *See, e.g.*, Exhibit A. The main body includes a channel extending through the main body through which water passes. The main body includes a female fitting inlet port that receives water from, *e.g.*, a pipe fitting. *See, e.g.*, *id.* The body further includes a male fitting outlet port through which water passes to, *e.g.*, a shower head. *See, e.g.*, *id.*

58.     Claim 1 also recites:
a flow control assembly in operative engagement with the channel, the flow control assembly including: a temperature sensor configured to sense a temperature of water flowing through the channel; and a flow control

14

member configured to control a flow of water in the channel responsive to the temperature sensor.

Defendant's Hot-Start! product includes a flow control assembly in operative engagement with the channel in the main body. *See, e.g.*, Exhibit B (including at least some of labeled actuator retainer, actuator relief spring, actuator support, thermal actuator, piston, reset spring, bypass pin, bypass pin retainer, torsion spring, and handle). The flow control assembly includes a temperature sensor that is configured to sense a temperature of water flowing through the channel. *See, e.g.*, *id.* (including at least labeled thermal actuator). The flow control assembly includes a flow control member that is configured to control a flow of water in the channel of the main body responsive to the thermal actuator. *See, e.g.*, *id.* (including at least labeled piston). The flow control assembly "automatically reduce[s] [the water flow] to a trickle" "[a]s the shower temperature reaches 95 degrees F." *See, e.g.*, Exhibit A.

59.    Claim 1 also recites:
the flow control member movable between a first position and a second position, where in when the flow control member is in the first position the flow control member is configured to allow the flow of water through the channel as a function of the temperature sensor, where in when the flow control member is in the second position water is substantially blocked from flowing in the channel.

The piston is moveable between a first position (*e.g.*, an open position allowing water to flow through the channel) and a second position (*e.g.*, a closed position prohibiting substantial flow of water through the channel). In the open closed position, the piston is configured to allow the flow of water as a function of the thermal actuator: "Turn shower on to 'hot'." *See, e.g.*, Exhibit A. In the closed position, the piston substantially blocks water from flowing: "As the shower temperature reaches 95 degrees F. water flow is automatically reduced to a trickle." *See, e.g.*, Exhibit A.

15

60.     Claim 1 also recites, "the flow control assembly is configurable to allow water to flow in the channel regardless of the temperature of water flowing through the channel." The flow control assembly is configurable to allow water to flow in the channel in the main body regardless of water temperature. When the handle is pulled downward, the thermal actuator and piston are overridden to allow water to flow regardless of the temperature of water flowing through the channel: "Pull cord when ready to shower. Adjust shower to comfort level." *See, e.g.*, Exhibit A. "Easy flow lever allows easy manual on / off control without affecting water temperature." *See, e.g.*, *id.*

61.     By making, using, selling, offering to sell, and/or importing such Hot-Start! product in this district and elsewhere in the United States, and all like products that are covered by claim 1 of the '629 Patent, Defendant has infringed and continues to infringe the '629 Patent, either literally or under the doctrine of equivalents.

62.     Defendant has had knowledge of the '629 Patent since at least the filing of this complaint.

63.     Upon information and belief, Defendant will continue to infringe the '629 Patent unless enjoined by this Court.

64.     As a direct and proximate result of Defendant's infringement of the '629 Patent, Evolve has been and continues to be damaged in an amount yet to be determined, but in no event less than a reasonable royalty for the making, use, sell, offering for sale, and/or importation of the invention by Defendant, together with interest and costs as fixed by the Court.

65.     Unless a preliminary and permanent injunction are issued enjoining Defendant and its officers, agents, servants and employees, and all others acting on their behalf or in concert with Defendant, from infringing the '629 Patent, Evolve will be greatly and irreparably harmed.

**FIFTH CLAIM FOR RELIEF**

**INFRINGEMENT OF U.S. PATENT NO. 9,927,042**

66.     Plaintiff repeats and realleges paragraphs 1 through 65 as if fully set forth herein.

67.     Defendant has infringed and continues to infringe claim 1 of the '042 Patent, in this District and elsewhere in the United States by, among other things, making, using, selling, offering to sell, and/or importing the Hot-Start! product in the manner described and claimed in the '042 Patent, either literally or under the doctrine of equivalents.

68.     Claim 1 of the '042 Patent covers a "valve for controlling a flow of water." Defendant's Hot-Start! product is a valve that "reads water temperature and tells the valve to automatically close and pause water flow." *See, e.g.*, Exhibit A. Further, "Easy Flow lever allows easy manual, on / off control without affecting water temperature." *See, e.g.*, *id.*

69.     Claim 1 further recites, "a main body including a channel extending through the main body, the channel configured to receive water at an inlet port and pass water to an outlet port." Defendant's Hot-Start! product includes a main body: a "[s]olid brass chrome finished body." *See, e.g.*, Exhibit A. The main body includes a channel extending through the main body through which water passes. The channel is configured to receive water by a female fitting inlet port from, *e.g.*, a pipe fitting. *See, e.g.*, *id.* The channel is configured to pass water to a male fitting outlet port to, *e.g.*, a shower head. *See, e.g.*, *id.*

70.     Claim 1 further recites:
a flow control assembly in operative engagement with the channel, the flow control assembly including: a temperature sensor configured to sense a temperature of water flowing through the channel; a flow control member configured to control a flow of water then channel responsive to the temperature sensor.

17

Defendant's Hot-Start! product includes a flow control assembly in operative engagement with the channel in the main body. *See, e.g.*, Exhibit B (including at least some of labeled actuator retainer, actuator relief spring, actuator support, thermal actuator, piston, reset spring, bypass pin, bypass pin retainer, torsion spring, and handle). The flow control assembly includes a temperature sensor to sense a temperature of water flowing through the channel. *See, e.g.*, *id.* (including at least labeled thermal actuator). The flow control assembly includes a flow control member configured to control a flow of water through the channel responsive to the thermal actuator. *See, e.g.*, *id.* (including at least labeled piston). The flow control assembly "automatically reduce[s] [the water flow] to a trickle" "[a]s the shower temperature reaches 95 degrees F." *See, e.g.*, Exhibit A.

71.    Claim 1 further recites:

> the flow control member movable between a first position and a second position, where in when the flow control member is in the first position the flow control member is configured to allow the flow of water through the channel as function of the temperature sensor, where in when the flow control member is in the second position water is restricted from flowing in the channel.

The piston is moveable between a first position (*e.g.*, an open position allowing water to flow through the channel) and a second position (*e.g.*, a closed position prohibiting substantial flow of water through the channel). In the open position, the piston is configured to allow the flow of water as a function of the thermal actuator: "Turn shower on to 'hot'." *See, e.g.*, Exhibit A. In the closed position, the piston substantially restricts water from flowing in the channel: "As the shower temperature reaches 95 degrees F. water flow is automatically reduced to a trickle." *See, e.g.*, Exhibit A.

72.    Claim 1 further recites, "a member configured to be securely set to allow water to flow in the channel regardless of the temperature of water flowing through the channel." The flow control assembly includes a member configured to

be securely set to allow water to flow. *See, e.g.*, Exhibit B (including at least some of bypass pin, bypass pin retainer, torsion spring, and handle). When the handle is pulled downward, the water flows regardless of the temperature of water flowing through the channel: "Pull cord when ready to shower. Adjust shower to comfort level." *See, e.g.*, Exhibit A. "Easy flow lever allows easy manual on / off control without affecting water temperature." *See, e.g.*, *id.* The handle remains securely set in the downward position, *e.g.*, to permit showering without requiring the user to hold the handle (*e.g.*, cord) down.

73.     By making, using, selling, offering to sell, and/or importing such Hot-Start! product in this district and elsewhere in the United States, and all like products that are covered by claim 1 of the '042 Patent, Defendant has infringed and continues to infringe the '042 Patent, either literally or under the doctrine of equivalents.

74.     Defendant has had knowledge of the '042 Patent since at least the filing of this complaint.

75.     Upon information and belief, Defendant will continue to infringe the '042 Patent unless enjoined by this Court.

76.     As a direct and proximate result of Defendant's infringement of the '042 Patent, Evolve has been and continues to be damaged in an amount yet to be determined, but in no event less than a reasonable royalty for the making, use, sell, offering for sale, and/or importation of the invention by Defendant, together with interest and costs as fixed by the Court.

77.     Unless a preliminary and permanent injunction are issued enjoining Defendant and its officers, agents, servants and employees, and all others acting on their behalf or in concert with Defendant, from infringing the '042 Patent, Evolve will be greatly and irreparably harmed.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Evolve requests entry of judgment in its favor and against Defendant on all claims as follows:

A.    For an Order that Defendant has infringed the '417 Patent, '693 Patent, '655 Patent, '629 Patent, and/or '042 Patent;

B.    For an Order that Defendant, its directors, officers, agents, servants, employees, successors, subsidiaries, assigns, licensees, and all other persons or entities acting or attempting to act in active concert or participation with Defendant, or acting on Defendant's behalf, be preliminary and permanently enjoined from making, using, selling, or offering for sale in the United States, or importing into the United States, any and all products embodying the patented inventions claimed the '417 Patent, '693 Patent, '655 Patent, '629 Patent, and/or '042 Patent;

C.    For an award to Evolve of damages arising out of Defendant's infringement of the '417 Patent, '693 Patent, '655 Patent, '629 Patent, and/or '042 Patent pursuant to 35 U.S.C. § 284;

D.    For an award to Evolve of enhanced damages pursuant to 35 U.S.C. § 284;

E.    For an award to Evolve of pre-judgment and post-judgment interest;

F.    For an Order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Evolve its costs, expenses, and fees, including reasonable attorneys' fees; and

G.    For any such other and further relief, such as costs incurred, as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury of all issues so triable.

20

1

2      RESPECTFULLY SUBMITTED this 3rd day of April 2018.

3

4

5                   By: */s/ Nicholas R. Transier*
                        Nicholas Transier

6                        CA Bar No. 265211
                        Patterson + Sheridan LLP

7                        4660 La Jolla Village Drive
                        Suite 200

8                        San Diego, CA 92121
                        (619) 340-0370

9                        ntransier@pattersonsheridan.com

10                     *Attorney for Plaintiff*
                        EVOLVE TECHNOLOGIES, LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORIGINAL COMPLAINT