UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Evolve Technologies, LLC**, a Delaware limited-liability company,<br><br>             Plaintiff,<br>v.<br><br>**Coil Winding Specialist, Inc.**, a California corporation,<br><br>             Defendant. | Case No. 3:18-cv-00671-BEN-BGS<br><br>**ORDER APPROVING JOINT STIPULATION TO EXTEND DEADLINES AND TO RESCHEDULE THE FINAL PRETRIAL CONFERENCE** |
| **Coil Winding Specialist, Inc.**, a California corporation,<br><br>             Counter Claimant,<br>v.<br><br>**Evolve Technologies, LLC**, a Delaware limited liability company,<br><br>             Counter Defendant. | |

Based upon the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED THAT the Court's Case Management Order (Dkt. 43) is amended as follows:

   All expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be served on all parties on or before June 28, 2019. Any contradictory or rebuttal disclosures within the meaning of Rule 26(a)(2)(D)(ii) shall be disclosed on or before **August 19, 2019**.

Unless otherwise stipulated by the parties, the required expert disclosures shall include an expert report as required by Rule 26(a)(2)(B). If a written report is not required, the disclosure must provide the information required under Rule 26(a)(2)(c).

All discovery, including expert discovery, shall be completed by all parties on or before **September 3, 2019**. "Completed" means that interrogatories, requests for production, and other discovery requests must be served at least thirty (30) days prior to the established cutoff date so that response thereto will be due on or before the cutoff date. All subpoenas issued for discovery must be returnable on or before the discovery cutoff date. Counsel are required to meet and confer regarding all discovery disputes pursuant to the requirements of Local Rule 26.1(a). Counsel are to comply with the Chambers Rules of the Magistrate Judge in bringing discovery disputes before the court.

All other dispositive motions, including those addressing Daubert issues, shall be FILED on or before **September 17, 2019**. Please be advised that counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion. Failure of counsel to timely request a motion date may result in the motion not being heard. Motions in Limine are to be filed as directed in the Local Rules, or as otherwise set by Judge Roger T. Benitez.

Disclosure requirements of Fed. R. Civ. P. 26(a)(3) on or before **October 21, 2019**. Failure to comply with these disclosures requirements could result in evidence preclusion or other sanctions under Fed. R. Civ. P. 37.

Pursuant to Local Civil Rule 16.1(f)(4), on or before **October 28, 2019**, the parties shall meet and confer to comply with the provisions of that section and prepare a proposed pretrial order in accordance with Local Rule 16.1(f)(6)(c), and containing the following:

    a.    A joint neutral statement to be read to the jury, not in excess of one page, of the nature of the case and the claims and defenses.

    b.    A list of the causes of action to be tried, referenced to the Complaint and Counterclaim. For each cause of action, the order shall succinctly list the elements of the claim, damages and any defenses. A cause of action in the Complaint and/or Counterclaim which is not listed shall be dismissed with prejudice.

    c. A list, in alphabetical order, of:

    i.    Each witness counsel actually expect to call at trial with a brief statement, not exceeding four sentences, of the substance of the witnesses' testimony.

    ii.    Each expert witness counsel actually expect to call at trial with a brief statement, not exceeding four sentences, of the substance of the expert witnesses' testimony.

    iii.    Additional witnesses, including experts, counsel do not expect to call at this time but reserve the right to call at trial along with a brief statement, not exceeding four sentences, of the substance of the witnesses' testimony.

      d.     A list of:

           i.     All exhibits that counsel actually expect to offer at trial with a one-sentence description of the exhibit. All exhibits are to be identified numerically, plaintiff starting with "1" and defendant beginning with an agreed upon numerical designation.

           ii.    All other exhibits that counsel do not expect to offer at this time but reserve the right to offer if necessary at trial with a one sentence description of the exhibit.

Counsel for plaintiff will be responsible for preparing the pretrial order and arranging the meetings of counsel pursuant to Civil Local Rule 16.1(f)(6)(a). On or before **November 4, 2019**, plaintiff's counsel must provide opposing counsel with the proposed pretrial order for review and approval. Opposing counsel must communicate promptly with plaintiff's attorney concerning any objections to form or content of the pretrial order, and both parties should attempt promptly to resolve their differences, if any, concerning the order.

The proposed final pretrial conference order, including objections counsel have to any other party's Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with Judge Roger T. Benitez chambers on or before **November 12, 2019**, and shall be in the form prescribed in and in compliance with Local Rule 16.1(f)(6)(c). Counsel shall also bring a court copy of the pretrial order to the pretrial conference.

The final pretrial conference shall be held before the Honorable Roger T. Benitez, United States District Court Judge, on **November 18, 2019 at 10:30 AM**, during which time the Court will address the submission of motions in limine, trial briefs, proposed voir dire and jury instructions and the trial schedule.

Dated: July 25, 2019

Hon. Bernard G. Skomal
United States Magistrate Judge