| | |
|---|---|
| 1 | Nicholas Transier (CA SBN 265211) |
| | Email: ntransier@pattersonsheridan.com |
| 2 | **Patterson + Sheridan LLP** |
| | 4660 La Jolla Village Drive, Suite 200, San Diego, CA 92121 |
| 3 | Telephone: (619) 340-0370 |
| 4 | Jerry Selinger (TX SBN 18008250) (admitted *pro hac vice*) |
| | Email: JSelinger@pattersonsheridan.com |
| 5 | **Patterson + Sheridan LLP** |
| | 1700 Pacific Avenue, Suite 2650, Dallas, TX 75201 |
| 6 | Telephone: (214) 720-2200 |
| 7 | Adam Davenport (TX SBN 24065117) (admitted *pro hac vice*) |
| | Email: adavenport@pattersonsheridan.com |
| 8 | **Patterson + Sheridan LLP** |
| | 24 Greenway Plaza, Suite 1600, Houston, TX 77046 |
| 9 | Telephone: (713) 623-4844 |
| 10 | James L. Williams (AZ SBN 026402) (admitted *pro hac vice*) |
| | Email: james@azbarristers.com |
| 11 | **SCHMITT SCHNECK CASEY EVEN & WILLIAMS, P.C.** |
| | 1221 E Osborn Rd. #105, Phoenix, AZ 85014 |
| 12 | Telephone: (602) 277-7000 |
| 13 | Counsel for Plaintiff/Counter Defendant |
| | EVOLVE TECHNOLOGIES, LLC |

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Evolve Technologies, LLC**, a Delaware limited-liability company, | Case No. 3:18-cv-00671-BEN-BGS |
| Plaintiff, | |
| v. | |
| **Coil Winding Specialist, Inc.**, a California corporation, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |
| **Coil Winding Specialist, Inc.**, a California corporation, | |
| Counter Claimant, | |
| v. | |
| **Evolve Technologies, LLC**, a Delaware limited liability company, | |
| Counter Defendant. | |

SCHMITT SCHNECK
CASEY EVEN & WILLIAMS
Professional
Corporation

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff/Counterdefendant Evolve Technologies, LLC and Defendant/Counterclaimant Coil Winding Specialist, Inc., by and through undersigned counsel, hereby stipulate and agree that this action in its entirety shall be dismissed *with prejudice*; each party to bear its own attorneys' fees and costs.  The parties agree that this Court shall retain jurisdiction to enforce the parties' confidential settlement agreement.

RESPECTFULLY SUBMITTED this 25th day of September, 2019.

By: /s/ James L. Williams
Nicholas Transier
Jerry Selinger (admitted *pro hac vice*)
Adam Davenport (admitted *pro hac vice*)
Patterson + Sheridan LLP
E-mail: ntransier@pattersonsheridan.com
E-mail: jselinger@pattersonsheridan.com
Email: adavenport@pattersonsheridan.com

- and -

James L. Williams (admitted *pro hac vice*)
SCHMITT SCHNECK
CASEY EVEN & WILLIAMS, P.C.
E-mail: james@azbarristers.com

*Attorneys for Plaintiff/Counter-defendant*
EVOLVE TECHNOLOGIES, LLC

By: /s/ Stephen M. Lobbin
Stephen M. Lobbin
Austin J. Richardson
Joshua N. Osborn
SML AVVOCATI P.C.
E-mail: sml@smlavvocati.com
E-mail: ajr@smlavvocati.com
E-mail: jno@smlavvocati.com

2

*Attorneys for Defendant / Counterclaimant
Coil Winding Specialist, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on September 25th, 2019, I caused the attached document to be electronically transmitted, per the agreement of the parties, via e-mail rather than via U.S. mail to:

Stephen M. Lobbin
Austin J. Richardson
Joshua N. Osborn
**SML AVVOCATI P.C.**
888 Prospect Street, Suite 200
La Jolla, California 92037
Tel: 949.636.1391
sml@smlavvocati.com
ajr@smlavvocati.com
jno@smlavvocati.com
*Attorneys for Defendant Coil Winding Specialist, Inc.*


By:  /s/ Anne Cotty

SCHMITT SCHNECK
CASEY EVEN & WILLIAMS
Professional
Corporation