FILED
OCT 10 2019
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOLVE TECHNOLOGIES, LLC, a Delaware limited liability company,<br><br>Plaintiff/Counter Defendant,<br><br>v.<br><br>COIL WINDING SPECIALIST, INC., a California corporation,<br><br>Defendant/Counter Claimant. | Case No.: 3:~~19-cv-01059-BEN-BLM~~<br>18-CV-00671-BEN-BGS<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 52] |

Having read and considered the Stipulation for Dismissal of the Entire Case with Prejudice by Plaintiff Evolve Technologies, LLC ("Plaintiff") and Defendant Coil Winding Specialist, Inc. ("Defendant"), and good cause appearing,

**IT IS HEREBY ORDERED:**

The party's Stipulation for an Order dismissing the action in its entirety with prejudice is hereby **GRANTED**. Each party is to bear its own costs, fees, and expenses.

**IT IS SO ORDERED.**

Dated: October 10, 2019

_____
HON. ROGER T. BENITEZ
United States District Judge

1